**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                     Case No:  6:15-cv-1370-Orl-40TBS

ERIC HOBBS,

      Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 11) filed on April 8, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 19, 2016 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Judgment (Doc. 11) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of $3,757.19 in unpaid principal, plus accrued interest in accordance with supporting documentation for Claim Number 2014A455774.

4. Plaintiff is **AWARDED** $820.00 in attorney's fees and $40.00 in costs.

**DONE AND ORDERED** in Orlando, Florida on May 10, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties